## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER,** ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No.  __14-776__ |
| **DEPARTMENT OF THE ARMY,** ) ) | |
| Defendant. ) ) | |

### NOTICE OF FILING PROOF OF SERVICE

Plaintiff Electronic Privacy Information Center respectfully submits the attached Affidavits of Mailing of Julia Horwitz as proof that service of process has been effected on Defendant, the U.S. Attorney General, and the U.S. Attorney for the District of Columbia in the above-captioned matter.

Respectfully submitted,

By: /s/ *Ginger P. McCall*
Ginger P. McCall (DC Bar # 1001104)
ELECTRONIC PRIVACY
INFORMATION CENTER
1718 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20009
(202) 483-1140 (telephone)
(202) 483-1248 (facsimile)

Dated: May 15, 2014