CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Electronic Privacy Information Center
    Plaintiff(s)

Civil Action No. 14-776

vs.

Department of the Army
    Defendant(s)

### AFFIDAVIT OF MAILING

I, Julia Horwitz, hereby state that:

On the 7th day of May, 2014, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Attorney General for the United States of America, Department of Justice. 950 Pennsylvania Ave. NW. Washington. DC 20530-001

I have received the receipt for the certified mail, No. 70102780000198235559 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 12th day of May, 2014.

I declare under penalty of perjury that the foregoing is true and correct.

May 15, 2014
(Date)

(Signature)