English    Customer Service    USPS Mobile                                          Register / Sign In



Search USPS.com or Track Packages

Quick Tools              Ship a Package       Send Mail       Manage Your Mail    Shop:   Business Solutions

# USPS Tracking™

Customer Service ›
Have questions? We're here to help.

Tracking Number: 70102780000198235559

Expected Delivery Day: **Monday, May 12, 2014**

## Product & Tracking Information

**Postal Product:**                **Features:**
First-Class Mail®                  Certified Mail™

## Available Actions

USPS Text Tracking™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| May 12, 2014, 4:49 am | Delivered | WASHINGTON, DC 20530 |

Email Updates

Your item was delivered at 4:49 am on May 12, 2014 in WASHINGTON, DC 20530.

| | | |
|---|---|---|
| May 11, 2014, 12:46 pm | Available for Pickup | WASHINGTON, DC 20530 |
| May 11, 2014, 12:15 pm | Arrival at Hub | WASHINGTON, DC 20018 |
| May 8, 2014, 6:36 am | Depart USPS Sort Facility | GAITHERSBURG, MD 20898 |
| May 7, 2014, 10:20 pm | Processed through USPS Sort Facility | GAITHERSBURG, MD 20898 |
| May 7, 2014, 5:16 pm | Depart Post Office | WASHINGTON, DC 20009 |
| May 7, 2014, 2:13 pm | Acceptance | WASHINGTON, DC 20009 |

## Track Another Package

What's your tracking (or receipt) number?

Track It

