UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER ) ) ) ) Plaintiff, ) ) v. ) ) DEPARTMENT OF THE ARMY ) ) Defendant. ) ) | Civil Action No. 14-0776 (BAH) |

## JOINT MOTION TO STAY PROCEEDINGS

Pursuant to Rules 1 and 6(b) of the Federal Rules of Civil Procedure, the parties, by and through undersigned counsel, hereby move to stay proceedings in this matter to allow Defendant to complete processing of Plaintiff's Freedom of Information Act request. The parties believe these informal efforts to resolve this matter will significantly narrow the issues requiring briefing and will allow any remaining issues to be resolved through dispositive motions, if necessary. The parties request that a Joint Status Report be due on August 10, 2014, which will advise the Court of the status of the parties' efforts and, if appropriate, will propose a briefing schedule to resolve any open issues.

Plaintiff brings this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, relating to records it had requested from Defendant through a FOIA request for documents pertaining to the Joint Land Attack Cruise Missile Defense Elevated Netted Sensor System ("JLENS"). Compl. ¶ 2. Plaintiff alleges that Defendant did not timely respond to this request. Compl. ¶¶ 31-38. To date, Defendant has not yet produced responsive documents; however,

Defendant has located thousands of pages of responsive documents and is in the process of resolving Plaintiff's FOIA request. Defendant, through counsel, has represented to Plaintiff that it expects to complete production in 60 days.

The purpose of the requested stay is to allow Defendant to resolve Plaintiff's FOIA request, to review and produce the requested documents, and for Plaintiff to review the documents that are produced. The parties believe that this process will allow a significant narrowing of the issues to be litigated and may allow the parties to resolve this matter without further litigation. Accordingly, the parties request that the Court grant this Joint Motion to Stay Defendant's Obligation to Answer. A proposed order is included.

Respectfully Submitted,

| | |
|---|---|
| \_\_\_\_\_/s/\_\_\_\_\_ | RONALD C. MACHEN JR., D.C. Bar #447889 |
| GINGER P. MCCALL | United States Attorney |
| ELECTRONIC PRIVACY | for the District of Columbia |
| INFORMATION CENTER | |
| 1718 Connecticut Avenue, NW | DANIEL F. VAN HORN, D.C. Bar #924092 |
| Suite 200 | Chief, Civil Division |
| Washington, DC 20009 | |
| (202) 483-1140 | BY:\_\_\_\_\_/s/\_\_\_\_\_ |
| Fax: (202) 483-1248 | JOHN J. GOWEL, D.C. Bar # 501185 |
| Email: mccall@epic.org | Special Assistant U.S. Attorney |
| | 555 Fourth Street, N.W. |
| *Attorney for Plaintiff* | Washington, D.C.  20530 |
| | (202) 252-2574 |
| | John.Gowel@usdoj.gov |
| | |
| | *Attorneys for Defendant* |