**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 14-0776 (BAH) |
| DEPARTMENT OF THE ARMY | ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Wayne H. Williams as counsel for defendant Department of the Army in the above captioned case substituting for Special Assistant United States Attorney John J. Gowel.

Respectfully submitted,

/s/
WAYNE H. WILLIAMS
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-252-2574 / FAX 202-252-2599
wayne.williams@usdoj.gov