UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF THE ARMY<br><br>　　　　　Defendant. | Civil Action No. 14-0776 (BAH) |

**OPPOSED MOTION TO CONTINUE STAY OF PROCEEDINGS**

　　Pursuant to Rules 1 and 6(b) of the Federal Rules of Civil Procedure, the Defendant, by and through undersigned counsel, hereby moves to continue the stay of the proceedings in this matter to allow Defendant to complete processing of Plaintiff's Freedom of Information Act request. Defendant estimates that full production will be accomplished within the next 60 days, barring any unforeseen complications. The Defendant has contacted counsel for Plaintiff, Electronic Privacy Information Center (EPIC), regarding this request and has been informed that Plaintiff will oppose this motion.

　　Earlier, this Court granted a joint motion to stay proceedings on June 9, 2014, until August 10, 2014. The purpose of the stay was to allow Defendant to complete processing of Plaintiff's Freedom of Information Act request. Plaintiff brings this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, relating to records it had requested from Defendant through a FOIA request for documents pertaining to the Joint Land Attack Cruise Missile Defense Elevated Netted Sensor System ("JLENS"). Compl. ¶ 2.

　　Defendant has located and is preparing for approximately 4700 responsive documents

from two different responsible organizations across three separate offices. Many of these documents contain information that must be redacted to include documents with classified information. Accordingly, once redacted, the responsive documents located must undergo additional security reviews to protect against inadvertent disclosure of classified material. Additionally, the method used to process these documents requires the documents to be printed, highlighted and redacted by hand then digitally rescanned into an electronic file. This process is a security measure to protect against redaction manipulation software. Moreover, approximately 4500 documents must be reviewed by appropriate government contractors to protect propriety technical and cost data. Because of the unique method of processing and these additional levels of review, production of the documents has taken more time than originally estimated. However, significant progress has been made in the identification and processing of Plaintiff's FOIA request.

      Defendant requests that the stay remain in place for an additional 60 days, so Defendant can finalize review of the relevant documents and provide them to Plaintiff through the delivery method requested. The Defendant believes these efforts to resolve this matter will significantly narrow the issues requiring briefing and will allow any remaining issues to be resolved through dispositive motions, if necessary. The Defendant requests that a Joint Status Report be due on October 10, 2014, which will advise the Court of the status of the production efforts and parties' positions and, if appropriate, will propose a briefing schedule to resolve any open issues.

      The purpose of the requested stay is to allow Defendant to resolve Plaintiff's FOIA request, to review and produce the requested documents, and for Plaintiff to review the documents that are produced. The Defendant believes that this process will allow a significant narrowing of the issues to be litigated and may allow the parties to resolve this matter without

further litigation.  Accordingly, the Defendant requests that the Court grant this Joint Motion to Stay Defendant's Obligation to Answer.  A proposed order is included.

                Respectfully Submitted,

                RONALD C. MACHEN JR., D.C. Bar #447889
                United States Attorney
                for the District of Columbia

                DANIEL F. VAN HORN, D.C. Bar #924092 Chief, Civil Division

                BY:_____/s/_____
                WAYNE H. WILLIAMS
                Special Assistant U.S. Attorney
                555 Fourth Street, N.W.
                Washington, D.C.  20530
                (202) 252-2574
                wayne.williams@usdoj.gov

                *Attorneys for Defendant*