UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>    Plaintiff,<br><br>        v.<br><br>DEPARTMENT OF THE ARMY,<br><br>    Defendant. | Civil Action No. 14-0776 (BAH) |

## ORDER

Upon consideration of the Defendant's Motion to Stay Proceedings, and the Court having considered the entire record herein, it is, this _____ day of _____, 2014,

**ORDERED** that the motion is **GRANTED**, and it is further

**ORDERED** that the parties will submit a Joint Status Report by <u>October 10, 2014</u>, which will advise the Court of the status of the parties' efforts to resolve this matter and, if appropriate, will propose a briefing schedule to resolve any open issues.

**SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel for Parties via ECF