UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER  ) ) ) ) | |
| Plaintiff,                                  ) ) | |
| v.                                          ) ) | Civil Action No. 14-0776 (BAH) |
| DEPARTMENT OF THE ARMY              ) ) | |
| Defendant.                             ) ) | |

# PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO CONTINUE STAY OF PROCEEDINGS

Plaintiff, Electronic Privacy Information Center ("EPIC") respectfully opposes Defendant's August 8, 2014 Motion to Continue Stay of Proceedings. Standing Order ¶ 6(b). In opposition, EPIC states as follows:

1. The agency has had more than nine months to process EPIC's Freedom of Information Act ("FOIA") request since the request was sent on November 1, 2013.

2. On June 6, 2014, EPIC agreed to the agency's proposed Joint Motion to Stay Proceedings with the understanding that the agency had located responsive documents and intended to complete production within 60 days.

3. On June 9, 2014, the Court granted a 60 day stay based on the agency's representation to EPIC and the Court that it intended to complete production within 60 days.

4. Defendant is now asking for another 60-day stay, doubling the original amount of time to complete production.

5. Despite the fact that more than 60 days have passed since the Joint Motion to Stay was filed with the understanding that the agency had located responsive documents, Defendant has not produced a single document to EPIC.

6. This Court strongly disfavors delay. "Motions for extension of time or for continuances of court proceedings are strongly discouraged. Parties should work within the time frames set by the Scheduling Order." Standing Order ¶ 6.

7. The agency has failed to satisfy this courts several requirements for the granting of an extension. The agency has failed to cite good cause for its continued delay. Standing Order ¶ 6(a)(iii). The agency represented to the Court in the June 6, 2014 Status Report that it had already located the documents. It has had 60 days to process those documents and has made no apparent progress.

8. The agency also failed in its Motion to state "the opposing party's position on the motion, including any reasons given for refusing to consent." Standing Order ¶ 6(a)(vi).  Defendant failed to do this, despite EPIC's prior statements to opposing counsel regarding EPIC's reasons for opposing. Defendant also erroneously refers to the motion as a Joint motion at the top of page 2.

9. Further delay harms not only the plaintiff, but the public, as well. The documents requested shed light on surveillance program that has profound privacy implications for persons living in Washington, DC and the surrounding area. Compl. ¶¶ 6-17.

For the above stated reasons, Plaintiff respectfully asks this Court to deny

Defendant's Motion to Continue Stay of Proceedings and set the following deadlines:

| | |
|---|---|
| Final Production of Documents | September 10, 2014 |
| Defendant's Motion for Summary Judgment | October 10, 2014 |
| Plaintiff's Cross Motion/Opposition | November 10, 2014 |
| Defendant's Opposition/Reply | November 25, 2014 |
| Plaintiff's Reply | December 10, 2014 |

Dated: August 8, 2014

Respectfully submitted,

Marc Rotenberg (D.C. Bar # 422825)
EPIC President

_____/s/_____
Ginger P. McCall (DC Bar #1001104)
Julia Horwitz (D.C. Bar #1018561)
Electronic Privacy Information Center
Connecticut Ave. NW
Suite 200
Washington, DC 20009
202-483-1140
*Counsel for Plaintiff*